COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Billy Ray Barnes v. Marquita Deadrick

Appellate case number:    01-14-00271-CV

Trial court case number:  2013-06126

Trial court:                      257th District Court of Harris County

On April 1, 2014, appellant filed a notice of appeal from the trial court's January 9, 2014 judgment. The clerk's record was filed on April 7, 2014. The reporter's record has not been filed in this case. *See* TEX. R. APP. P. 35.1 (setting deadline for filing of appellate record). On May 7, 2014, appellant filed his appellant's brief. Because appellant's brief was filed prior to the complete filing of the appellate record, the filing of appellant's brief was premature. *See* TEX. R. APP. P. 38.6(a).

Accordingly, we STRIKE appellant's brief filed May 7, 2014. Appellant's brief will be due 30 days after the date the reporter's record is filed. *See id.*

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                            ☒  Acting individually      ☐  Acting for the Court


Date:  May 13, 2014